IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00302-REB-MEH

SHERRI LAFORCE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., and
ANNA MARIA PETERS-RUDDICK, as Public Trustee for Arapahoe County, Colorado,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 1, 2010.**

    Pending before the Court is a Motion to Find for Plaintiff for Defendants [sic] Non Response to Suit to Stop Unlawful Foreclosure [filed February 3, 2010; docket #5]. The motion is construed as a request for entry of default pursuant to Fed. R. Civ. P. 55(a). In response to the Complaint, on January 28, 2010, Defendant Peters-Ruddick filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b). On January 29, 2010, Defendant Wells Fargo Bank filed a filed a motion for enlargement of time within which to file a response to the Complaint, asserting "[p]ursuant to court order, Wells Fargo's current deadline to file its responsive pleading to Plaintiff's ... Complaint is February 3, 2010." Docket #1-7. Although there is no written record in this case of the court order referenced by Wells Fargo, Plaintiff does not dispute that such court order was entered. *See* docket #18 at ¶ 11. Instead, she filed the within motion seeking default for Defendants' "non response" on February 3, 2010. On February 7, 2010, the state court granted Wells Fargo's motion, allowing an extension of time to respond to the Complaint to and including February 18, 2010. Wells Fargo filed an Answer to Plaintiff's Complaint on February 18, 2010. Therefore, Plaintiff's motion was rendered moot by Defendants' timely responses and is, therefore, **denied**.