IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00302-REB-MEH

SHERRI LAFORCE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., and
ANNA MARIA PETERS-RUDDICK, as Public Trustee for Arapahoe County, Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2010.**

    Pending before the Court is Plaintiff's Motion to Find for Plaintiff's Suit to Stop Unlawful Foreclosure [filed February 25, 2010; docket #18]. Plaintiff's motion appears to be a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c); however, only one defendant, Wells Fargo, has filed a responsive pleading pursuant to Fed. R. Civ. P. 7(a). The other defendant, Peters-Ruddick, has filed a motion to dismiss which remains pending before the Court. Because Plaintiff's motion does not identify whether it is brought against both defendants or against only Wells Fargo, the Court will **deny the motion without prejudice** to allow the Plaintiff to re-file the motion, if she desires, and clarify under which rule and against which defendant(s) she requests relief.