IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00302-REB-MEH

SHERRI LAFORCE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., and
ANNA MARIA PETERS-RUDDICK, as Public Trustee for Arapahoe County, Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2010.**

    Defendant Wells Fargo Bank's Motion to Strike Amendment to Motion to Find for Plaintiff's Suit to Stop Unlawful Foreclosure [filed April 1, 2010; docket #26] is **denied as moot**. The Amendment to Motion to Find for Plaintiff's Suit to Stop Unlawful Foreclosure filed by the Plaintiff on March 8, 2010 [docket #24] was not filed in the Court system as a motion seeking relief, but rather as an amendment to a motion that had been denied without prejudice by this Court on March 3, 2010 [*see* docket #22].

    To the extent that the Plaintiff wishes to renew her "Motion to Find for Plaintiff's Suit to Stop Unlawful Foreclosure" (which the Court originally construed as a motion brought pursuant to Fed. R. Civ. P. 12(c)), she must re-file the motion and indicate under which rule she seeks relief, provide legal authority for her request (*see* D.C. Colo. LCivR 7.1C), and identify which Defendant she seeks relief against (*see* this Court's order of March 3, 2010).