IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00302-REB-MEH

SHERRIE LA FORCE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter before me is the **Joint Motion To Administratively Close Case** [#48] filed September 24, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be administratively closed. Any party may seek to re-open this case on a showing of good cause.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Administratively Close Case** [#48] filed September 24, 2010, is **GRANTED**;

    2. That the Trial Preparation Conference set for February 11, 2011, is **VACATED**;

    3. That the trial to the court set to commence February 14, 2011, is **VACATED**;

    4. That any pending motion is **DENIED** as moot;

    5. That this action is **CLOSED ADMINISTRATIVELY**; and

6. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated September 24, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge