## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 10-cv-00302-REB-MEH

SHERRIE LAFORCE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the **Recommendation of United States Magistrate Judge** [#70][1] filed April 2, 2012. I approve and adopt the recommendation.

No objections to the recommendation were filed. Thus, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the recommendation of the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court. Appropriately, the magistrate judge recommends that the complaint [#1-2] of the plaintiff be dismissed, without prejudice, based on the failure of the plaintiff to prosecute this case and her

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

failure to comply with the orders of the court.

In the recommendation [#70], the magistrate judge finds accurately the relevant facts and analyzes correctly the factors which must be considered before dismissing a complaint based on the failure of a plaintiff to prosecute his or her claims and the failure of a plaintiff to comply with the orders of the court. *See, e.g., Gripe v. City of Enid, Okl.*, 312 F.3d 1184, 1188 (10th Cir. 2002), citing **Ehrenhaus v. Reynolds**, 965 F.2d 916, 918 (10th Cir. 1992). Based on that analysis, I agree with the recommendation of the magistrate judge that this case must be dismissed under FED. R. CIV. P. 41(b).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#70] filed April 2, 2012, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under FED. R. CIV. P. 41(b), the complaint [#1-2] of the plaintiff is **DISMISSED** without prejudice based on the failure of the plaintiff to prosecute her claims and her failure to comply with the orders of the court;

3. That under FED. R. CIV. P. 58, judgment without prejudice **SHALL ENTER** in favor of the defendant, Wells Fargo Bank, NA, against the plaintiff, Sherrie LaForce, and dismissing the complaint of the plaintiff [#1-2]; and

4. That the defendant is **AWARDED** its costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated January 16, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge