# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00302-REB-MEH

SHERRIE LAFORCE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge** [#71] entered by Judge Robert E. Blackburn on January 16, 2014, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#70] filed April 2, 2012, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under FED. R. CIV. P. 41(b), the complaint [#1-2] of the plaintiff is **DISMISSED** without prejudice based on the failure of the plaintiff to prosecute her claims and her failure to comply with the orders of the court;

3. That **JUDGMENT without prejudice IS ENTERED** in favor of the defendant, Wells Fargo Bank, NA, against the plaintiff, Sherrie LaForce, and dismissing the complaint of the plaintiff [#1-2]; and

    4.  That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 17th day of January, 2014.

>  FOR THE COURT:
>
>  Jeffrey P. Colwell, Clerk
>
>  By: s/Kathleen Finney
>      Kathleen Finney
>      Deputy Clerk